UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JESUS RAY BROADIE,

        Plaintiff,

 v.                                                    Case No. 08-C-690

DR. LINDA FAGENT,

        Defendant.

**ORDER**

The plaintiff, Jesus Broadie, who is proceeding pro se, lodged a civil rights complaint under 42 U.S.C. § 1983, alleging that his civil rights were violated. His complaint was dismissed without prejudice and judgment was entered on September 18, 2008, after Broadie failed to submit a petition to proceed *in forma pauperis* and and accompanying affidavit or show cause why he was unable to do so in accordance with the Court's order of August 15, 2008. (Dkt. # 4.) Broadie has since continued to submit correspondence to the Court, much of which appears to complain about the conditions of his confinement at the Waupun Correctional Institution. In one such untitled filing of October 6, 2008, Broadie appears to request reconsideration of the dismissal of his case (Dkt. # 21 at 2.). Broadie presents a host of allegations regarding his treatment in confinement in this document, but did not address his failure to properly petition the Court to proceed *in forma pauperis*. In another submission he claimed to have requested a 30-day extension to make his *in forma pauperis* petition, though no such request was received by the Court. (Dkt. #20 at 1.)

A motion for reconsideration serves a very limited purpose in federal civil litigation; it should be used only "to correct manifest errors of law or fact or to present newly discovered evidence." *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir.1987) (quoting *Keene Corp. v. Int'l Fidelity Ins. Co.*, 561 F.Supp. 656, 665-66 (N.D.Ill.1976), aff'd 736 F.2d 388 (7th Cir.1984)). Such motions are disfavored and should be "rare." *Bank of Waunakee v. Rochester Cheese Sales, Inc.*, 906 F.2d 1185, 1191 (7th Cir.1990).

Broadie has not brought to the Court's attention anything which would justify reconsideration of the order dismissing his case. To the extent his submission of October 6, 2008 was a motion for reconsideration, it will denied as being moot, as his case was dismissed without prejudice.

**THEREFORE IT IS ORDERED** that plaintiff's motion for reconsideration is **DENIED.**

Dated this 31st day of October, 2008.

                                                    s/ William C. Griesbach
                                                  WILLIAM C. GRIESBACH
                                                  United States District Judge